

FILED
APR 19 2021
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> SILVERMAN CIVIL <br><br> Defendant. | Criminal No.   3:21CR- 17 <br><br> Violation:   18 U.S.C. § 1001 |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(False Statements Made to Department or Agency of the United States)

That on or about September 15, 2020, in Jefferson County, West Virginia, in the Northern District of West Virginia, Defendant **SILVERMAN CIVIL**, did willfully and knowingly make a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating to Special Agent Joel Aboosamara that he did not participate in a foreign business. The statement and representation were false because, as **SILVERMAN CIVIL** then and there knew, he did participate in a foreign business.

In violation of Title 18, United Sates Code, Section 1001.

*/s/ signature*

RANDOLPH J. BERNARD
Acting United States Attorney

Jeffrey A. Finucane
Assistant United States Attorney